IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR140-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FRANK SHAMBURGER, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the correspondence from Frank Shamburger dated October 10, 2005 shall be filed in the court file and a copy of the correspondence shall be provided to counsel of record. The government shall file its response no later than November 1, 2005.

October 25, 2005.                                    BY THE COURT:

                                                                                                     s/ *Richard G. Kopf*
                                                                                                     United States District Judge