IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR140-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FRANK SHAMBURGER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to amend judgment (filing 167) is denied.

August 20, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge